[No. 18169-3-III.    Division Three.    December 16, 1999.]

*In the Matter of the Marriage of* ROBERT J. CONNOR, *Respondent,* and FLORENCE M. CONNOR, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 96-3-02084-1, Linda G. Tompkins, J., entered December 18, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 22565-4-II.    Division Two.    December 17, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. LEO SHAFER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-02323-1, Arthur W. Verharen, J., entered October 2, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 23067-4-II.    Division Two.    December 17, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID DEAN BIRCHER, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 96-1-00252-5, Leonard W. Costello, J., entered March 6, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 23169-7-II.    Division Two.    December 17, 1999.]

CLINT SMITH, *Appellant,* v. JEFF SMITH, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-07264-1, Frederick W. Fleming, J., entered March 6, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Morgan, J.